IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>AMIT P. CHAUDHARI,<br><br>　　　　　　Defendants. | 4:25CR3071<br><br>**ORDER** |

IT IS ORDERED:

1)　The motion of Joy A. Shiffermiller to withdraw as counsel of record for Defendant, (Filing No. 83), is granted.

2)　Defendant's newly retained counsel, Kalpin Shah, shall promptly notify Defendant of the entry of this order.

3)　The clerk shall delete Joy A. Shiffermiller from any future ECF notifications herein.

Dated this 21st day of August, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge