IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KETANKUMAR CHAUDHARI, a/k/a Ken,<br>RASHMI SAMANI, a/k/a, Falguni Samani<br>AMIT P. CHAUDHARI,<br>AMIT B. CHAUDHARI, a/k/a Matt, and<br>MAHESHKUMAR CHAUDHARI, a/k/a Mahesh.<br><br>        Defendants. | 4:25CR3071<br><br>NOTICE OF DEPOSITION |

The United States of America, by and through Lesley A. Woods, United States Attorney, and Danielle Fliam, Assistant United States Attorneys, pursuant to Rule 15 of the Federal Rules of Criminal Procedure and order of this Court, gives notice that the reported and video recorded deposition of the material witness in this case will take place on

January 16, 2026 commencing at 9:00am and continuing until finished

at the

United States Attorney's Office for the District of Nebraska
487 Federal Building
100 Centennial Mall North,
Lincoln, NE 68508.

Defendants, unless they waive, in writing, their right to be present, and counsel for all parties, shall appear personally at the deposition.

                              Respectfully submitted,

                              UNITED STATES OF AMERICA,
                              Plaintiff

        LESLEY A. WOODS
        United States Attorney
        District of Nebraska

        By: s/ Danielle J. Fliam
        DANIELLE J. FLIAM, #25658
        Assistant U.S. Attorney
        487 Federal Building
        100 Centennial Mall North
        Lincoln, NE  68508
        Tel:  (402) 437-5241
        Fax:  (402) 437-5390
        E-mail:  danielle.fliam@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on December 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by email, to the following non-CM/ECF participants:

    Deborah Cunningham, attorney for
    the material witness

        s/ Danielle J. Fliam
        Assistant U.S. Attorney