IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:25CR3071** |
| vs. | |
| KETANKUMAR CHAUDHARI, RASHMI SAMANI, AMIT P. CHAUDHARI, AMIT B. CHAUDHARI, MAHESHKUMAR CHAUDHARI, HINABEN CHAUDHARI, and JAYESHKUMAR CHAUDHARI, | **ORDER** |
| Defendant. | |

A telephone status conference was held today. Defendant Ketankumar Chaudhari has moved to continue the pretrial motion deadline, (Filing No. 244), Defendant Rashmi Samani has moved to continue the pretrial motion deadline, (Filing No. 245), and Defendant Amit P. Chaudhari has moved to continue the pretrial motion deadline, (Filing No. 243). During the telephone conference, defense counsel for these Defendants notified the court that they need additional time to review discovery, draft pretrial motions, and/or consider the propriety of pretrial motions. Defense counsel for Maheshkumar Chaudhari and defense counsel for Hinaben Chaudhari did not attend. Defendants moved to continue the status conference. The government did not object. After discussion among the parties, and for good cause shown, the motions to continue the pretrial motion deadline should be granted.  In addition, the Government represented it has provided all discovery (or made such discovery available to defense counsel) as required under Federal Rules of Criminal Procedure 16(a)(1)(A)-(F) and 16(b)(1)(A)-(B). This deadline is now closed. The government must comply with the continuing duty to disclose such matters pursuant to Rule 16(c).

Accordingly,

IT IS ORDERED:

1)    Defendant Amit P. Chaudhari's motion to continue, (Filing No. 243), is granted.

2)    Defendant Ketankumar Chaudhari's motion to continue, (Filing No. 244), is granted.

3)    Defendant Rashmi Samani's motion to continue, (Filing No. 245), is granted.

4)    Pretrial motions and briefs shall be filed on or before June 29, 2026.

5)    A telephonic conference with counsel will be held before the undersigned magistrate judge at 3:00 p.m. on July 1, 2026 to discuss setting any change of plea hearing or the date of the jury trial. Counsel for the parties shall use the conferencing instructions provided by the court to participate in the call.

6) The parties are ordered to meet and confer in good faith regarding potential deadlines for a complex case scheduling order and to provide their proposals to the court, via email by June 30, 2026.

7) In accordance with 18 U.S.C. § 3161(h)(6), and (h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and on July 1, 2026, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), and (h)(7)(A) & (B)(iv). In addition, this Court has deemed this case unusual and complex, and continues to find this matter is unusual and complex. 18 U.S.C. 3161(h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 4th day of June, 2026.

BY THE COURT:

s/ Jacqueline M. DeLuca
United States Magistrate Judge