IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>KETANKUMAR CHAUDHARI, RASHMI SAMANI, AMIT P. CHAUDHARI, AMIT B. CHAUDHARI, MAHESHKUMAR CHAUDHARI, HINABEN CHAUDHARI, and JAYESHKUMAR CHAUDHARI,<br><br>Defendants. | **4:25CR3071**<br><br>**AMENDED ORDER** |

The Court held a telephone conference on this matter today regarding case progression. The parties previously agreed this case should be set for a trial and this Court set the trial to begin on May 10, 2027. All parties agreed to exclude the time pursuant to the Speedy Trial Act until May 10, 2027. Based on the showing set forth during the telephone conference, the Court found good cause to set the trial for May 10, 2027 and to exclude the time pursuant to the Speedy Trial Act until May 10, 2027.

In addition, the parties agreed to certain progression deadlines. The Court found good cause to set forth a progression order and orders the deadlines set forth below.

Finally, as addressed in the telephone conference today, two changes are being made to the previously entered order regarding case progression. This order incorporates such deadlines, which were communicated to the parties during today's telephone conference.

IT IS ORDERED:

1) The trial of this case is set to commence before the Honorable Susan M. Bazis, United States District Court Judge in Courtroom 1, United States

Courthouse, Lincoln, Nebraska, at 8:30 a.m. on May 10, 2027, or as soon thereafter as the case may be called, for a duration of twenty (20) trial days. Jury selection will be held at commencement of trial. **This trial will not be continued absent a substantial showing of good cause.**

2) In accordance with 18 U.S.C. 3161(h)(7)(A), and with the consent of the parties, the Court finds that the ends of justice will be served by setting the trial on May 10, 2027. The Court finds that the time between today's date and May 10, 2027 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

3) **Any change of plea hearings must occur on or before March 10, 2027. The parties should reach out to the magistrate judge in advance of this date to ensure any plea hearings occur prior to March 10, 2027.**

4) **Any interpreter needs shall be communicated to the Court on or before February 10, 2027.**

5) In addition, the following deadlines are hereby imposed:

| | |
|---|---|
| a. Disclosure of notice of affirmative defenses, including alibi, self-defense, and insanity defense(s). | Defendants must respond within 14 days of Government's written request[1] for notice of affirmative defenses under Fed. R. Crim. P. 12.1 and 12.2. |
| b. Preliminary disclosure of witnesses who the government intends to call in its case-in-chief, subject to a protective order. | 60 days before trial |
| c. Preliminary disclosure of exhibits the government intends to offer in its case-in-chief, subject to a protective order. | 60 days before trial |

[1] The Government shall not issue any such request until after the pretrial motion deadline.

| | |
|---|---|
| d. Preliminary disclosure of summaries and charts the government intends to offer in its case-in-chief under Fed. R. Evid. 1006. | 60 days before trial |
| e. Government's Fed. R. Evid. 404(b) notices | 30 days before trial |
| f. Fed. R. Crim. P. 16(a)(1)(G) disclosures/reports for Government's case in-chief | 60 days before trial |
| g. Fed. R. Crim. P. 16(b)(1)(C) disclosures/reports for Defendants' case in-chief | 60 days before trial |
| h. Rebuttal expert disclosures | 30 days before trial |
| i. *Jencks/Giglio* disclosures | 14 days before trial |
| j. Motions *in Limine* | 30 days before trial |

Dated this 23rd day of October, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge